UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x
United States of America,

                        Plaintiff,

   -against-

                                              Case No. 7:20-mj-2301

Gary K. Buchanan

                       Defendant.

_____x

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby Dismissed.

                                                     SO ORDERED.

                                                     Hon. Martin R. Goldberg
                                                     United States Magistrate Judge

Dated: 26th day of August 2022
        Poughkeepsie, New York